### ADAMS *vs.* GORMLEY, ordinary.

The ordinaries have power to grant licenses to dealers in liquor, whether retailers or sellers of quantities less than one gallon, but their discretion in granting or refusing licenses is confined to applications for retail licenses. 15 *Ga.*, 468; Code, §§1419, 1420, 1424 528, 529.

October 10, 1882.

### CRAWFORD, Justice.

[Adams applied to the ordinary of Randolph county for a license to sell spirituous liquors, not as a retailer, but in quantities less than one gallon. The license was refused, and he applied to the judge of the superior court for a *mandamus* to compel its issuance. The judge refused the *mandamus*, and plaintiff excepted. Plaintiff in error contended that, prior to the Code, the ordinary had no discretion as to the issuing of licenses, and that since its adoption, he only had discretion as to retail licenses. Defendant in error contended that ordinaries were vested with general discretion as to granting licenses. The court held as stated in the head-notes.]